NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

―――――――――――

**UCP INTERNATIONAL COMPANY LIMITED, GLOBAL UNITED ENTERPRISES LIMITED,**
*Plaintiffs-Appellees*

**v.**

**BALSAM BRANDS INC., BALSAM INTERNATIONAL UNLIMITED COMPANY,**
*Defendants-Appellants*

―――――――――――

2018-1256

―――――――――――

Appeal from the United States District Court for the Northern District of California in No. 3:16-cv-07255-WHO, Judge William H. Orrick, III.

―――――――――――

**SUA SPONTE**

―――――――――――

Before WALLACH, CLEVENGER, and TARANTO, *Circuit Judges.*

PER CURIAM.

**O R D E R**

Before the court is the parties' October 3, 2019 joint response to this court's order to show cause. The parties have

agreed that the September 19, 2019 sealed opinion may be unsealed without redactions.

Accordingly,

IT IS ORDERED THAT:

The opinion issued under seal on September 19, 2019 is hereby unsealed in full.

FOR THE COURT

October 7, 2019
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court